# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Caputo, A. Richard | U.S. Dist. Ct. M.D. of PA | 05/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2013 **to** 12/31/2013 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

197 South Main Street
Wilkes-Barre, PA 18701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | ▨ Trust |
| 2. | Co-Executor | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ░░░░ Trust | D | Int./Div. | N | T | | | | | |
| 2. -Bard C.R. Incorporated-Common Stk | | | | | Sold | 10/22/13 | J | C | |
| 3. -Carnival Corp Paired CTF-Common Stk | | | | | | | | | |
| 4. -Chevron Corp - Common Stk | | | | | | | | | |
| 5. -ConocoPhillips - Common Stk | | | | | | | | | |
| 6. -Corning Incorporated - Common Stk | | | | | | | | | |
| 7. -Dow Chemical Co. - Common Stk | | | | | | | | | |
| 8. -Intel Corp. - Common Stk | | | | | | | | | |
| 9. -Johnson & Johnson - Common Stk | | | | | Sold | 11/26/13 | J | C | |
| 10. -LPL Insured Cash Account | | | | | | | | | |
| 11. -Merck & Company, Inc. - Common Stk | | | | | | | | | |
| 12. -Microsoft Corp. - Common Stk | | | | | | | | | |
| 13. -Noble Corp - Common Stk | | | | | | | | | |
| 14. -Phillips 66 - Common Stk | | | | | Sold | 10/22/13 | J | B | |
| 15. -PPL Corp. - Common Stk | | | | | | | | | |
| 16. -Veolia Environment Sponsored ADR - Common Stk | | | | | Sold | 11/26/13 | J | | |
| 17. -Waste Management, Inc. - Common Stk | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Western Digital Corp. - Common Stk | | | | | Sold | 10/22/13 | J | D | |
| 19. - Coach Inc | | | | | Buy | 10/22/13 | J | | |
| 20. - EMC Corp Mass | | | | | Buy | 10/22/13 | J | | |
| 21. - Nuance Communication Inc | | | | | Buy | 11/26/13 | J | | |
| 22. - Plum Creek Timber | | | | | Buy | 11/13/13 | J | | |
| 23. IRA #1 | C | Int./Div. | M | T | | | | | |
| 24. -Chevron Corp. - Common Stk | | | | | | | | | |
| 25. - Chrimson Wine Group - Common Stk | | | | | | | | | |
| 26. -Frontier Communications Corp. - Common Stk | | | | | | | | | |
| 27. -Leucadia National Corp. - Common Stk | | | | | | | | | |
| 28. -LPL Insured Cash Account | | | | | | | | | |
| 29. -McDonalds Corp. - Common Stk | | | | | | | | | |
| 30. -PPL Corp. - Common Stk | | | | | | | | | |
| 31. -Verizon Communications, Inc. - Common Stk | | | | | | | | | |
| 32. -Whole Foods Market, Inc. - Common Stk | | | | | | | | | |
| 33. -Am. Exp. Centurion Bank, 1.15% Cert of Dep, Due 12/09/13 | | | | | Redeemed | 12/09/13 | L | | |
| 34. Ally Bank, 2.00% Certificate of Dep, Due 05/14/13 | A | Interest | | | Redeemed | 05/14/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ally Bank, .65% Certificate of Dep, Due 01/26/15 | | None | L | T | Buy | 07/17/13 | M | | |
| 36. Discover Bank, 0.40% Cert of Dep, Due 04/04/13 | A | Interest | | | Redeemed | 04/04/13 | L | | |
| 37. GE Capital Retail Bank, .35% Cert of Dep, Due 04/21/14 | | None | L | T | Buy | 07/17/13 | L | | |
| 38. LPL Financial Insured Cash Account | A | Interest | J | T | | | | | |
| 39. Luzerne Bank Accounts | | None | J | T | | | | | |
| 40. Wells Fargo Bank - Insured Cash Acct(Formerly Wachovia Bank) | A | Interest | K | T | | | | | |
| 41. Wells Fargo Bank - Savings Account | A | Interest | K | T | | | | | |
| 42. IRA #2 | A | Int./Div. | J | T | | | | | |
| 43. -Whole Foods Market, Inc. - Common Stk | | | | | | | | | |
| 44. -LPL Financial Insured Cash Account | | | | | | | | | |
| 45. Direct TV Group, Inc. - Common Stk | | None | J | T | | | | | |
| 46. News Corp. Class A. - Common Stk | A | Dividend | J | T | Spinoff (from line 48) | 06/28/13 | J | | |
| 47. News Corp. Class A - Common Stock | | | | | Sold | 07/10/13 | J | A | |
| 48. Twenty First Century Fox, Inc.- Common Stk fka News Corp. | A | Dividend | J | T | | | | | |
| 49. Ally Bank, 2.05% Certificate of Deposit, due 5/7/13 | B | Interest | | | Redeemed | 05/07/13 | M | | |
| 50. Am Exp Centurion Bank, 1.15% Cert of Dep, Due 12/09/13 | C | Interest | | | Redeemed | 12/09/13 | M | | |
| 51. Discover Bank, 0.70% Cert of Dep, Due 04/04/14 | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. GE Capital Retail Bank, 0.9% Cert of Dep, Due 12/01/14 | A | Interest | M | T | | | | | |
| 53. Ally Bank, .8%, Certificate of Deposit, Due 07/24/15 | | None | M | T | Buy | 07/17/13 | M | | |
| 54. LPL Financial Insured Cash Account | A | Interest | M | T | | | | | |
| 55. 10 acres vacant land - Orange County, Florida | | None | M | W | | | | | |
| 56. Estate #1 - ▨▨▨▨ vacant land, Slocum Twp, Luzerne Cty,PA | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 1 - �the█ Trust - Information reported, as in prior years, represents 100% of the trust assets. However, the reporting person's ███ is one of three beneficiaries who share equally in the trust.

Part VII - Line 10 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another.

Part VII - Line 28 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another.

Part VII - Line 38 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another.

Part VII - Line 44 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another.

Part VII - Line 53 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another.

Part VII - Line 54 - Orange County, Florida property - Information reported, as in prior years, represents 100% of the value. However, the reporting person's ███ is one of three individuals who own the property in equal shares.

Part VII - Line 55 - This is property in Estate #1.

Part VII - Lines 46, 47 & 48 - On June 28, 2013, News Corporation completed the separation of its business into two independent publicly-traded companies. As part of this separation, News Corporation changed its name to Twenty First Century Fox, Inc. and the new independent publicly traded company took the name News Corporation (also known as "new News Corporation'). Record holders of Twenty First Century Fox, Inc. class A common stock as of 5:00 p.m. Eastern Time on the record date of June 21, 2013 received one share of the new News Corporation Class A common stock for every four shares of Twenty First Century Fox, Inc. class A common stock held. Fractional shares of the new News Corporation were not distributed. The shareholders received a payment of cash in lieu of the fractional share of the new News Corporation Class A common Stock. The cash in lieu of shares has been reported on line 47 as a sale of the new News Corporation fractional share of common Stock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. Richard Caputo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# ACCOUNTANTS' COMPILATION REPORT

The Honorable A. Richard Caputo
United States District Court
Scranton, Pennsylvania:

We have compiled the financial disclosure report of the Honorable A. Richard Caputo for the year ended December 31, 2013, included in the accompanying prescribed form in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. We have also compiled the additional information presented in the financial disclosure report.

Our compilation was limited to presenting in the form prescribed by The Committee on Financial Disclosure, Administrative Office of the United States Courts information that is the representation of the individual whose financial disclosure report is presented. We have not audited or reviewed the financial disclosure report and the additional information referred to above and, accordingly, do not express an opinion or any other form of assurance on it.

The financial disclosure report and the additional information are presented in accordance with the requirements of The Committee on Financial Disclosure, Administrative Office of the United States Courts, which differ from generally accepted accounting principles. Accordingly, this financial disclosure report is not designed for those who are not informed about such differences.

Except as prescribed by the requirements of The Committee on Financial Disclosure, Administrative Office of the United States Courts, this financial disclosure report is intended to present the assets of The Honorable A. Richard Caputo at estimated current values and liabilities at estimated current amounts.

The report is intended solely for the information and use of the Honorable A. Richard Caputo and The Committee on Financial Disclosure, Administrative Office of the United States Courts, and is not intended to be, and should not be, used by anyone other than these specified parties.

*ParenteBeard LLC*

Wilkes-Barre, Pennsylvania
May 8, 2014